■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROSALIND McKINNEY, Appellant.—Judgment, Supreme Court, New York County (Harold Rothwax, J.), rendered on January 11, 1984, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Kupferman, Lynch, Milonas and Rosenberger, JJ.

■ CARY FIELDS, Respondent, v LAND MINE ENTERPRISES et al., Appellants.—Order, Supreme Court, New York County (Ira Gammerman, J.), entered on or about September 11, 1984, unanimously affirmed for the reasons stated by Ira Gammerman, J., at Special Term. Respondent shall recover of appellants $75 costs and disbursements of this appeal. Concur—Sandler, J. P., Carro, Asch, Fein and Lynch, JJ.